TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Jeff Buchanan

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVSION

| | |
|---|---|
| Jeff Buchanan,<br><br>        Plaintiff,<br><br>   vs.<br><br>Capital One Bank (USA) N.A.,<br><br>        Defendant. | Case No.: 8:19-cv-01063-DOC-KES<br>**STIPULATION OF DISMISSAL** |

## **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety with prejudice and with each side to bear its own attorneys' fees and costs.

Plaintiff                                          Defendant

  __/s/ Trinette G. Kent                      __/s/ Marcos D. Sasso

TRINETTE G. KENT                        MARCOS D. SASSO
Attorney for Plaintiff                        Attorney for Defendant