UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVSION

| | |
|---|---|
| Jeff Buchanan,<br><br>               Plaintiff,<br><br>  vs.<br><br>Capital One Bank (USA) N.A.,<br><br>               Defendant. | Case No.: 8:19-cv-01063-DOC-KES<br><br>**ORDER** [20] |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: October 18, 2019

/s/ David O. Carter

David O. Carter
U.S. District Judge